```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - x
                                         :
UNITED STATES OF AMERICA                 :
                                         :
          - v. -                         :
                                         :    INDICTMENT
IBRAHIEM ELSHAFRY,                       :
    a/k/a "Ibrahiem Elshafey,"           :    07CRIM. 788
ABRAHIM HASSAN,                          :
    a/k/a "Hassan Mansour,"              :
BIJAN GOLTCHE,                           :
    a/k/a "Paul," and                    :
AHMED AFFSA,                             :
                                         :
          Defendants.                    :
- - - - - - - - - - - - - - - - - - - - x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: AUG 2 2 2007

JUDGE PRESKA

## COUNT ONE

The Grand Jury charges:

1. From at least in or about 2005, up through and including in or about April 2007, in the Southern District of New York and elsewhere, IBRAHIEM ELSHAFRY, a/k/a "Ibrahiem Elshafey," ABRAHIM HASSAN, a/k/a "Hassan Mansour," BIJAN GOLTCHE, a/k/a "Paul," and AHMED AFFSA, the defendants, and others known and unknown, unlawfully, willfully, and knowingly did combine, conspire, confederate, and agree together and with each other to violate the laws of the United States, to wit, Title 18, United States Code, Section 1029(a)(5).

2. It was a part and an object of the conspiracy that IBRAHIEM ELSHAFRY, a/k/a "Ibrahiem Elshafey," ABRAHIM HASSAN, a/k/a "Hassan Mansour," BIJAN GOLTCHE, a/k/a "Paul," and AHMED AFFSA, the defendants, and others known and unknown, in an

offense affecting interstate and foreign commerce, unlawfully, willfully, and knowingly, and with intent to defraud, would and did effect transactions, with 1 and more access devices issued to another person and persons, to receive payment and other things of value during a 1-year period, the aggregate value of which is equal to and greater than $1,000, in violation of Title 18, United States Code, Section 1029(a)(5).

**OVERT ACTS**

3. In furtherance of the conspiracy and to effect the illegal object thereof, the following overt acts, among others, were committed in the Southern District of New York and elsewhere:

a. On or about September 11, 2006, in Staten Island, New York, HASSAN and ELSHAFRY met with a cooperating witness (the "CW") and called various credit card companies to check the available credit on five credit cards that had been issued to another person.

b. On or about April 6, 2007, GOLTCHE and AFFSA went to a Best Buy store in New York, New York, where GOLTCHE

2

purchased a television and home theater system with Best Buy gift cards.

(Title 18, United States Code, Sections 1029(a)(5) and (b)(2).)


_____    _____
FOREPERSON                         MICHAEL J. GARCIA
                                   United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

IBRAHIEM ELSHAFRY,
a/k/a "Ibrahiem Elshafey"
ABRAHIM HASSAN,
a/k/a "Hassan Mansour,"
BIJAN GOLTCHE,
a/k/a "Paul,"
AHMED AFFSA

Defendant.

### INDICTMENT

07 Cr.

(Title 18, United States Code,
Section 1029(a)(5) and (b)(2).)

MICHAEL J. GARCIA
United States Attorney.

A TRUE BILL

Foreperson.

Filed indictment. Case assigned to Judge Preska.
SRH 8/22/07          —Francis, J.