# RODRIGO H. SÁNCHEZ, JR.

A PROFESSIONAL CORPORATION
ATTORNEY-AT-LAW

NEVADA COURT MALL
21-23 COURT STREET
NEWARK, NEW JERSEY 07102

RODRIGO H. SÁNCHEZ, JR.
OF COUNSEL
SODETTE K-M PLUNKETT○⁺

○ MEMBER OF NEW YORK BAR
⁺ SPECIALIZES IN IMMIGRATION LAW

973-643-8900
Fax: 973-643-2221
rsanchez@sanchezlawoffice.com

*USDC SDNY / DOCUMENT / ELECTRONICALLY FILED / DOC #: ___ / DATE FILED: 11/2/07*

October 26, 2007

Honorable Judge Loretta A. Preska
M.L. King Jr. Federal Building & Courthouse, Room 2060
50 Walnut Street
Newark, New Jersey 07102

Re: Ibrahim ElShafey
MAG No.: ~~07 Mag. 1088~~ 07CR788 (LAP)
Order to Modify the Restriction on Bail

Dear Judge Preska:

As you may recall I represent Mr. Ibrahim regarding the above referenced matter. Please allow this correspondence to serve as a request for an Order permitting Mr Ibrahim to travel to Newark, New Jersey, ~~Boston Massachusetts and Hartford Connecticut on business,~~ related to his current employment. I have already spoken with Steven Kwok, the U.S. Attorney handling this matter and he has consented to this request.

I thank you in advance for all your help towards this matter. If you have any questions or concerns please contact me at your convenience.

*The travel is approved on the condition that Mr. Ibrahim informs the supervising officer in advance of his itinerary.*

Very Truly Yours,
Law office of Rodrigo H. Sanchez, Jr.
A Professional Corporation

By: _____
RODRIGO H. SANCHEZ, JR., ESQ

SO ORDERED

*Loretta A. Preska*

October 30, 2007

LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE