UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/7/07

Rodrigo H. Sanchez, Jr.
Attorney at Law
Nevada Court Mall
21-23 Court Street
Newark, New Jersey 07102
(973)-643-8900

| | |
|---|---|
| The United States of America; Plaintiff; | : UNITED STATES OF AMERICA<br>: DISTRICT COURT: ~~NEW JERSEY~~<br>: CRIMINAL DIVISION<br>: DOCKET NO.: 07 CR 788 (LAP) |
| vs. | : |
| Ibrahim El-Shafrey; Defendant. | : **ORDER TO MODIFY THE**<br>: **RESTRICTION ON BAIL**<br>: |

**PLEASE TAKE NOTICE** that on ~~_____ at _____~~, Rodrigo H. Sanchez Jr., Esq., counsel ~~for~~ the Defendant requests an Order to Modify the Restriction on Bail.

**IT IS HEREBY ORDERED**, that the Defendant, Ibrahim El-Shafrey be allowed to travel to the areas known as Newark, New Jersey, Hartford, Connecticut and Boston Massachusetts for business transactions relating to the Limousine service with which he is currently employed, *provided that defendant inform the supervising officer in advance of his itinerary*

~~ORDERED, that a copy of this Order be served upon the Defendant within ___ days from the date herein.~~

_____
UNITED STATES ~~MAGISTRATE~~ JUDGE
District